# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Crabb, Barbara B. | U.S. Dist. Court, W.D. Wis. | 05/11/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Senior | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P.O. Box 591 Madison, WI 53701 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Facktor-Mervis charitable foundation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Crabb, Barbara B.   A

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 05/11/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Wisconsin Department of Employee Trust Funds |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Barclays Bank PLC Commodity IPath (DJP) | | None | M | T | Sold (part) | 08/11/10 | J | A | |
| 2. | | | | | Sold (part) | 12/22/10 | J | A | |
| 3. | | | | | Buy | 01/19/10 | J | | |
| 4. | | | | | Buy | 03/11/10 | J | | |
| 5. | | | | | Buy | 11/30/10 | J | | |
| 6. i shares Barclays treas (TIP) | A | Dividend | J | T | Sold (part) | 01/19/10 | J | A | |
| 7. | | | | | Sold (part) | 12/22/10 | J | | |
| 8. | | | | | Buy | 11/30/10 | J | | |
| 9. i shares Iboxx Investop (LQD) | A | Dividend | J | T | Sold (part) | 12/22/10 | J | A | |
| 10. | | | | | Buy | 01/19/10 | J | | |
| 11. i shares J.P. Morgan Emerging (EMD) | A | Dividend | J | T | Sold (part) | 08/11/10 | J | A | |
| 12. | | | | | Sold (part) | 11/30/10 | J | A | |
| 13. | | | | | Sold (part) | 12/22/10 | J | A | |
| 14. | | | | | Buy | 01/19/10 | J | | |
| 15. i shares MSCI Canada (EWC) | B | Dividend | L | T | Sold (part) | 03/11/10 | J | A | |
| 16. | | | | | Sold (part) | 11/30/10 | J | A | |
| 17. | | | | | Sold (part) | 12/22/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Buy | 01/19/10 | J | | |
| 19. | | | | | Buy | 08/11/10 | J | | |
| 20. i shares MSCI Japan (EWJ) | B | Dividend | L | T | Sold (part) | 01/19/10 | J | A | |
| 21. | | | | | Sold (part) | 11/30/10 | J | A | |
| 22. | | | | | Sold (part) | 12/22/10 | J | A | |
| 23. | | | | | Buy | 01/19/10 | J | | |
| 24. | | | | | Buy | 03/11/10 | J | | |
| 25. | | | | | Buy | 08/11/10 | J | | |
| 26. | | | | | Buy | 11/30/10 | J | | |
| 27. i shares MSCI Pacific X-Japan (EPP) | A | Dividend | L | T | Sold (part) | 01/19/10 | J | A | |
| 28. | | | | | Sold (part) | 11/30/10 | J | A | |
| 29. | | | | | Sold (part) | 12/22/10 | J | A | |
| 30. | | | | | Buy | 03/11/10 | J | | |
| 31. | | | | | Buy | 08/11/10 | J | | |
| 32. i shares MSCI UK (EWU) | A | Dividend | K | T | Sold (part) | 01/19/10 | J | A | |
| 33. | | | | | Sold (part) | 03/11/10 | K | B | |
| 34. | | | | | Sold (part) | 11/30/10 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000.000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 12/22/10 | J | A | |
| 36. | | | | | Buy | 08/11/10 | K | | |
| 37.  i shares Ruseell 1000 Growth (1WF) | B | Dividend | M | T | Sold (part) | 01/19/10 | J | A | |
| 38. | | | | | Sold (part) | 11/30/10 | J | B | |
| 39. | | | | | Sold (part) | 12/22/10 | J | B | |
| 40. | | | | | Buy | 03/11/10 | K | | |
| 41. | | | | | Buy | 08/11/10 | K | | |
| 42.  i shares Russell 1000 Value (IWD) | B | Dividend | M | T | Sold (part) | 03/11/10 | J | A | |
| 43. | | | | | Sold (part) | 12/22/10 | J | A | |
| 44. | | | | | Buy | 01/19/10 | J | | |
| 45. | | | | | Buy | 08/11/10 | J | | |
| 46. | | | | | Buy | 11/30/10 | J | | |
| 47.  i shares Russell Midcap Growth (IWP) | A | Dividend | K | T | Sold (part) | 01/19/10 | J | A | |
| 48. | | | | | Sold (part) | 08/11/10 | K | D | |
| 49. | | | | | Sold (part) | 11/30/10 | J | A | |
| 50. | | | | | Sold (part) | 12/22/10 | J | A | |
| 51. | | | | | Buy | 03/11/10 | K | | |

1. Income Gain Codes:       A =$1,000 or less       B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less       K =$15,001 - $50,000       L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal             R =Cost (Real Estate Only)   S =Assessment              T =Cash Market
   (See Column C2)           U =Book Value            V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. i shares Russell Midcap Value (IWS) | A | Dividend | K | T | Sold (part) | 01/19/10 | J | A | |
| 53. | | | | | Sold (part) | 03/11/10 | J | A | |
| 54. | | | | | Sold (part) | 08/11/10 | K | C | |
| 55. i shares Russell 2000 growth (IWO) | A | Dividend | K | T | Sold (part) | 08/11/10 | L | D | |
| 56. | | | | | Sold (part) | 11/30/10 | J | B | |
| 57. | | | | | Sold (part) | 12/22/10 | J | A | |
| 58. | | | | | Buy | 01/19/10 | J | | |
| 59. | | | | | Buy | 03/11/10 | K | | |
| 60. i shares Russell 2000 value (IWN) | A | Dividend | K | T | Sold (part) | 03/11/10 | J | B | |
| 61. | | | | | Sold (part) | 08/11/10 | J | B | |
| 62. | | | | | Sold (part) | 11/30/10 | J | A | |
| 63. | | | | | Sold (part) | 12/22/10 | J | A | |
| 64. | | | | | Buy | 01/19/10 | J | | |
| 65. i shares Trust Iboxx High Yield Corp. Bond Fund (HYG) | B | Dividend | J | T | Sold (part) | 12/22/10 | J | A | |
| 66. | | | | | Buy | 01/19/10 | J | | |
| 67. | | | | | Buy | 11/30/10 | J | | |
| 68. Medtronic | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | Puerto Rico Commonwealth Bond | A | Interest | K | T | | | | | |
| 70. | SPDR Index Shares S&P Emerging (GMM) | B | Dividend | | | Sold | 01/19/10 | J | C | |
| 71. | SPDR S&P Small Cap ETF (GWX) | B | Dividend | L | T | Sold (part) | 08/11/10 | J | A | |
| 72. | | | | | | Sold (part) | 11/30/10 | J | A | |
| 73. | | | | | | Sold (part) | 12/22/10 | J | A | |
| 74. | | | | | | Buy | 01/19/10 | J | | |
| 75. | | | | | | Buy | 03/11/10 | J | | |
| 76. | Vanguard Int'l Equity Index Fund European (VGK) | C | Dividend | L | T | Sold (part) | 03/11/10 | K | A | |
| 77. | | | | | | Sold (part) | 11/30/10 | K | A | |
| 78. | | | | | | Sold (part) | 12/22/10 | J | | |
| 79. | | | | | | Buy | 01/19/10 | J | | |
| 80. | | | | | | Buy | 08/11/10 | K | | |
| 81. | Vanguard REIT ETF (VNQ) | C | Dividend | L | T | Sold (part) | 01/19/10 | J | A | |
| 82. | | | | | | Sold (part) | 03/11/10 | J | A | |
| 83. | | | | | | Sold (part) | 08/11/10 | J | B | |
| 84. | | | | | | Sold (part) | 11/30/10 | J | C | |
| 85. | | | | | | Sold (part) | 12/22/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Cisco | | None | J | T | | | | | |
| 87. Dreyfus Liquid Assets (temp cash) | | None | J | T | | | | | |
| 88. Vanguard Municipal Fund | A | Dividend | J | T | | | | | |
| 89. Equitable Life Assurance Annuity | | None | L | T | | | | | |
| 90. GE Capital | A | Interest | K | T | | | | | |
| 91. Wells Fargo Advantage Fund (Ed Vest Account) | | None | K | T | | | | | |
| 92. Wisdom Tree Emerging Mkts. (DEM) | B | Dividend | L | T | Sold (part) | 11/30/10 | J | A | see note in part VIII |
| 93. | | | | | Sold (part) | 12/22/10 | J | A | |
| 94. | | | | | Buy | 01/19/10 | K | | |
| 95. | | | | | Buy | 03/11/10 | J | | |
| 96. | | | | | Buy | 08/11/10 | J | | |
| 97. Vanguard MSCI Emerging Markets (VWO) | C | Dividend | M | T | Sold (part) | 03/11/10 | K | A | see note in part VIII |
| 98. | | | | | Sold (part) | 11/30/10 | J | | |
| 99. | | | | | Sold (part) | 12/22/10 | J | | |
| 100. | | | | | Buy | 01/19/10 | M | | |
| 101. | | | | | Buy | 03/11/10 | J | | |
| 102. | | | | | Buy | 08/11/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  i shares Gold Trust ((IAU) | | None | L | T | Sold (part) | 12/22/10 | J | A | |
| 104. | | | | | Buy | 11/30/10 | L | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 05/11/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note that items 92 and 97 in Part VII were omitted inadvertently from the 2009 return.

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 05/11/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Barbara B. Crabb**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

**United States District Court**
Western District of Wisconsin
Robert W. Kastenmeier Courthouse
120 N. Henry Street, Rm. 540
Post Office Box 591
Madison, Wisconsin 53701

Chambers of
Barbara B. Crabb
District Judge

Telephone
608-264-5447

September 8, 2011

Honorable Bobby R. Baldock
Chair, Judicial Conference of the United
  States Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Baldock,

You asked me to respond to two matters in the financial disclosure report filed for calendar year 2010. The first is a listing of ishares Barclays Treas (TIP) in Part VII, page 4, line 6. This was listed in the 2009 report as ishares Barclays Treas inf. For some reason, our broker used two titles for the same asset, one in 2009 and one in 2010, and I never caught the discrepancy.

The second is the disappearance of Citibank NA South Dakota Bank Deposit Program from the 2010 report. This was an oversight on my part. I should have reported the cash deposit program, which our broker uses in addition to Dreyfus Liquid Assets. At the end of 2010, the value of the Citibank account was K; the income was J.

Finally, thank you for the reminder to use "Buy add'l" to distinguish between initial purchases and additions to the asset.

Very truly yours,

/s/
Barbara B. Crabb
District Judge

BBC:skv

**Crabb, Barbara B.**